IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO.: 9:23-cr-00460-BHH |
| | ) |
| v. | ) |
| | ) |
| JOHN MAURICE ANDERSON, | ) |
| a/k/a "Mike-Mike", "Big Mike" | ) |

**FINAL ORDER OF FORFEITURE AND ORDER AS TO
DEFENDANT JOHN MAURICE ANDERSON**

This matter is before the court upon motion of the United States of America for a Final Order of Forfeiture as to Defendant John Maurice Anderson, ("Anderson", "Defendant"), who entered a plea of guilty for conspiracy to possess with intent to distribute and distribute methamphetamine, fentanyl, and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C) and 846. A Preliminary Order of Forfeiture ("POF") as to the Defendant was filed on September 10, 2024. [ECF No. 210]. The record in this case establishes the following:

1. On January 10, 2024, a Superseding Indictment was filed charging the Defendant with drug trafficking.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Superseding Indictment contained a forfeiture allegation providing that upon the Defendant's conviction, certain property enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. The following items were identified for forfeiture:

A. <u>Firearms</u>:

   (1) Taurus G2S 9mm caliber pistol with magazine and ammunition
       Serial Number: TLU75445
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704495

   (2) Springfield XD9 9mm caliber pistol with magazine and ammunition
       Serial Number: GM852288
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704494

   (3) Romarm/Cugir Draco 7.62 caliber pistol with magazine and ammunition
       Serial Number: DB-6853-18
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704477

   (4) Pioneer Arms Sporter 7.62 caliber rifle with magazine and ammunition
       Serial Number: S026888
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704531

   (5) Glock 20 10mm caliber pistol with magazine and ammunition
       Serial Number: BLF8914
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704526

   (6) Taurus PT 1911 .45 caliber pistol with magazine and ammunition
       Serial Number: NLM02666
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704523

   (7) Century Arms AK 7.62 caliber pistol with magazines and ammunition
       Serial Number: RAS47078791
       Seized from: John Maurice Anderson
       Asset ID: 23-DEA-704497

B. <u>Cash/United States Currency</u>:

   $35,766.00 in United States currency
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704461

    C.    <u>Jewelry</u>:

Assorted Jewelry items: Three Piece Bridal Set , Gentlemen's 10K Yellow and White Gold, Diamond Rolex Style Ring and Gentlemen's 10k Rose and White Gold Diamond Ring
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704647

    D.    <u>Clothing</u>:

(218) Assorted shoes and accessories
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704536

    E.    <u>Vehicle</u>:

2007 Black Chevrolet Tahoe
VIN: 1GNFIK13067R288934
Titled in the name of: Jessica Johnson
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704480

3. On August 30, 2024, Anderson pled guilty to possession with intent to distribute and distribution of methamphetamine, fentanyl, and cocaine and pursuant to a written plea agreement, agreed to forfeiture.

4. On March 14, 2025, Anderson was sentenced to a term of 130 months of imprisonment and ordered to pay $100.00 in restitution.

5. Based upon the Defendant's conviction, and other matters appearing in the record, the court issued a POF determining that the above-described property was subject to forfeiture, in that such property constituted, or were derived from, proceeds the Defendant obtained as a result of the offense.   [ECF No. 210]   The court further found that the Defendant had an interest in such property, and that the property was subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c).

6. The POF was final as to the Defendant pursuant to Rule 32.2(b)(4)(A), Fed. R. Crim. P. The POF directed that the United States provide notice to third parties of the government's intent to dispose of the above-listed assets and provided that following publication and adjudication of all third-party interests in the property, the court would enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7).

7. Pursuant to Rule 32.2(b)(6)(C), and 21 U.S.C. § 853(n)(1) and (2), beginning on September 12, 2024, and running at least 18 hours per day through October 11, 2024, the United States published notice of the forfeiture on the government website, "www.forfeiture.gov", which is a website of general circulation within the United States and the State of South Carolina. The notice advised that any person claiming an interest in the forfeited property must file a claim within sixty days of the first date of publication for a hearing to adjudicate the validity of their interest in the property. The deadline for filing a third-party ancillary petition based upon publication has now expired.

8. The government identified Ruth Mikell, Craig Collins and RC Tyrone Dobson as potential claimants to the above-described assets. On February 2, 2025, the government sent direct notice of forfeiture to Ruth Mikell, Craig Collins and RC Tyrone Dobson via certified and regular U.S. mail. [ECF No. 231]. No third-party claims have been filed with the court; therefore, all such claims to the property are forever foreclosed and barred.

9. The government identified Jessica Johnson as a potential claimant to the seized 2007 Black Chevrolet Tahoe described above. On March 13, 2025, the government sent direct notice of forfeiture to Jessica Johnson via Federal Express and Certified Mail, Return Receipt. [ECF No. 242]. No third-party claims have been filed with the court; therefore, all such claims to the property are forever foreclosed and barred.

10. The court has previously determined the government has established the requisite nexus between the said property; therefore, the property shall be forfeited to the United States pursuant to 21 U.S.C. § 853.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED,

1. The below-listed property is hereby forfeited to the United States of America, along with all rights, title, and interest in and to:

   A. <u>Firearms</u>:

   (1) Taurus G2S 9mm caliber pistol with magazine and ammunition
   Serial Number: TLU75445
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704495

   (2) Springfield XD9 9mm caliber pistol with magazine and ammunition
   Serial Number: GM852288
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704494

   (3) Romarm/Cugir Draco 7.62 caliber pistol with magazine and ammunition
   Serial Number: DB-6853-18
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704477

   (4) Pioneer Arms Sporter 7.62 caliber rifle with magazine and ammunition
   Serial Number: S026888
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704531

   (5) Glock 20 10mm caliber pistol with magazine and ammunition
   Serial Number: BLF8914
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704526

   (6) Taurus PT 1911 .45 caliber pistol with magazine and ammunition
   Serial Number: NLM02666
   Seized from: John Maurice Anderson
   Asset ID: 23-DEA-704523

      (7)    Century Arms AK 7.62 caliber pistol with magazines and ammunition
Serial Number: RAS47078791
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704497

B.    <u>Cash/United States Currency</u>:

$35,766.00 in United States currency
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704461

C.    <u>Jewelry</u>:

Assorted Jewelry items: Three Piece Bridal Set , Gentlemen's 10K Yellow and White Gold, Diamond Rolex Style Ring and Gentlemen's 10k Rose and White Gold Diamond Ring
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704647

D.    <u>Clothing</u>:

(218) Assorted shoes and accessories
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704536

E.    <u>Vehicle</u>:

2007 Black Chevrolet Tahoe
VIN: 1GNFIK13067R288934
Titled in the name of: Jessica Johnson
Seized from: John Maurice Anderson
Asset ID: 23-DEA-704480

2.    Pursuant to 21 U.S.C. § 853(n)(7), clear title in and to the above-listed property is vested in the United States of America, its successors and assigns, and no other right, title or interests exists therein. All claims to the above-described property are forever foreclosed and barred, and the property shall be disposed of by the United States in accordance with law.

3.    The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4.   The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

*Bruce H. Hendricks*
_____
BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

April 16, 2025
Charleston, South Carolina